JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DASHIRA BYRD,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 2:22-cv-01017-SP<br><br>**ORDER APPROVING SETTLEMENT TO DISMISS WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii)<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

Having read and considered the Parties' Stipulation of Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause thereof,

IT IS HEREBY ORDERED that the Complaint and this action are dismissed with prejudice. Each party to bear her/its own fees and costs.

IT IS SO ORDERED.

Dated: September 20, 2023

_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

1